United States District Court
Southern District of Texas
**ENTERED**
June 15, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARATHON OIL COMPANY, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21cv1262 |
| | § | |
| KOCH ENERGY SERVICES, LLC, | § | |
| *Defendant.* | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 8, 2023 (Dkt. 141) and the objections thereto (Dkt. 148), and the response to the objections (Dkt. 153), the court is of the opinion that said Memorandum, Orders, and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum, Orders, and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this 15th day of June, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE