United States District Court
Southern District of Texas
**ENTERED**
February 23, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARATHON OIL COMPANY, <br> *Plaintiff,* <br><br> v. <br><br> KOCH ENERGY SERVICES, LLC, <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 4:21cv1262 |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated February 5, 2024 (Dkt. 198) and no objections having been filed thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this 23rd day of February, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE