UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARATHON OIL COMPANY,<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 4:21–CV–1262 |
| KOCH ENERGY SERVICES, LLC,<br>*Defendant.* | §<br>§<br>§ | |

## MARATHON OIL'S MOTION FOR ENTRY OF JUDGMENT

Marathon Oil Company respectfully requests that the Court enter judgment under Federal Rule of Civil Procedure 58(d) in the form attached as **Exhibit A** hereto.

Marathon first sought to confer with Koch Energy's counsel about the form of judgment on May 8, 2025, sending an email with the existing proposed form along with an explanation of the prejudgment interest calculations. While Koch Energy's counsel has indicated that he does not "anticipate any challenges" to the form or the calculations therein, Koch Energy has been unable to affirmatively state its non-opposition to the form in the six days since Marathon originally reached out. Marathon anticipates that Koch Energy will set out its position in a subsequent filing.

The attached Proposed Form of Judgment gives effect to the jury's answers in Question 1 of the verdict that Marathon prevailed on its affirmative defense of force majeure with respect to Koch Energy's breach of contract counterclaim. It also gives effect to the Court's prior summary judgment ruling that Marathon shall prevail on its breach of contract claim in the amount of $9,820,964.00. Doc. 198, 200. Finally, it awards Marathon prejudgment interest as required by Texas law at the rate identified in paragraph 7.5 of the parties' Base Contract:

> 7.5. If the invoiced party fails to remit the full amount payable when due, interest on the unpaid portion shall accrue from the date due until the date of payment at a rate equal to the lower of (i) the then-effective prime rate of interest published under "Money Rates" by The Wall Street Journal, plus two percent per annum; or (ii) the maximum applicable lawful interest rate.

The effective prime rate at the time the breach of contract accrued in March 2021 was 3.25%,[1] so the applicable rate under paragraph 7.5 is 5.25%.

## CONCLUSION

For the foregoing reasons, Marathon respectfully requests that the Court enter final judgment in this case in the form attached as Exhibit A. Marathon further requests all other and further relief to which it may be entitled.

---

[1] *See* https://www.jpmorganchase.com/legal/historical-prime-rate.

Dated: May 14, 2025

Respectfully submitted,

**AHMAD, ZAVITSANOS & MENSING, PLLC**

*/s/ Timothy C. Shelby*
Timothy C. Shelby
State Bar No. 24037482
Federal ID No. 39044
tshelby@azalaw.com
Sammy Ford IV
State Bar No. 24061331
Federal ID No. 950682
sford@azalaw.com
Paul Galante
State Bar No. 24090833
Federal ID No. 2742834
pgalante@azalaw.com
Emily Merritt Adler
State Bar No. 24121009
Federal ID No. 3710388
eadler@azalaw.com
Ab Henry
State Bar No. 24131987
Federal ID No. 3811478
ahenry@azalaw.com
Michael Gorrell
State Bar No. 24131345
Federal ID No. 3803195
mgorrell@azalaw.com
1221 McKinney, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Fax: (713) 655-0062

**HAYNES AND BOONE, LLP**

*/s/ Mark Trachtenberg*
Mark Trachtenberg
State Bar No. 24008169
Federal ID No. 24584
*Mark.Trachtenberg@haynesboone.com*
Garrett Martin
State Bar No. 24092765
Federal ID No. 3060533
*Garrett.Martin@haynesboone.com*
Ryan Philip Pitts
State Bar No. 24105941
Federal ID No. 3363232
*Ryan.Pitts@haynesboone.com*
1221 McKinney, Suite 4000
Houston, Texas 77010-2007
Telephone: (713) 547-2000
Telecopier: (713) 547-2600

**COUNSEL FOR PLAINTIFF MARATHON OIL COMPANY**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have attempted to confer with counsel for Koch Energy via email on May 8, May 11, May 13, and May 14 about Koch Energy's position on Marathon's proposed form of judgment and that Koch Energy's counsel has been unable to state Koch Energy's position.

*/s/ Mark Trachtenberg*

Mark Trachtenberg

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 14, 2025 a true and correct copy of the foregoing was duly served via CMECF on all counsel of record.

  David T. McDowell
  William B. Thomas
  William X. King
  McDowell Hetherington, LLP
  First City Tower
  1001 Fannin Street, Suite 2700
  Houston, Texas 770002
  david.mcdowell@mhllp.com
  william.thomas@mhllp.com
  william.king@mhllp.com
  *COUNSEL FOR DEFENDANT*

               */s/ Timothy C. Shelby*
               Timothy C. Shelby