United States District Court
Southern District of Texas
**ENTERED**
May 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARATHON OIL COMPANY, *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 4:21–CV–1262 |
| KOCH ENERGY SERVICES, LLC, *Defendant.* | § § § | |

### [PROPOSED] FINAL JUDGMENT

On February 5, 2024, United States Magistrate Judge Christina A. Bryan entered a memorandum and recommendation that the Court render summary judgment in favor of Marathon Oil Company ("Marathon") on its claim for breach of contract against Koch Energy Services, LLC ("Koch Energy") in the amount of approximately $9.8 million. Doc. 198. The Court adopted that memorandum and recommendation on February 23, 2024. Doc. 200. Marathon's motion for summary judgment against Koch Energy's counterclaim was denied. Docs. 198, 200.

Koch Energy's counterclaim for breach of contract was duly tried before a jury of eight citizens, commencing on April 28, 2025, the Honorable Sim Lake, presiding. On May 5, 2025, according to the instructions given to the jury, the jury returned its verdict by way of its answers to the questions propounded to it. Doc. 298. In accordance with the Court's rulings and the verdict so rendered by the jury in this matter, **IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

1. Marathon recover $9,820,964 from Koch Energy Services, LLC for breach of contract;

2. Marathon recover prejudgment interest at the rate of 5.25% from March 25, 2021, in the amount of $2,134,455.23 as of May 14, 2025—with $1,412.60 in additional pre-judgment interest accruing per day thereafter until the day before the entry of this Final Judgment;

3. Marathon recover post-judgment interest on all amounts awarded in the Final Judgment at the rate of 3.97%, compounded annually, from the date of entry of this Final Judgment until it is paid in full.

4. Koch Energy take nothing on its claim for breach of contract.

5. Marathon shall recover its costs of suit against Koch Energy, as taxed by the Clerk, with the amount to be determined by subsequent bill or motion.

This Final Judgment finally disposes of all parties and all claims. All relief not expressly granted is denied. This Final Judgment is appealable.

Signed in Houston, Texas on May __16__, 2025

_____
Hon. Sim Lake
United States District Judge

*Approved as to substance and form:*

**AHMAD, ZAVITSANOS & MENSING, PLLC**

/s/ *Timothy C. Shelby*
Timothy C. Shelby
State Bar No. 24037482
Federal ID No. 39044
tshelby@azalaw.com
Sammy Ford IV
State Bar No. 24061331
Federal ID No. 950682
sford@azalaw.com
Paul Galante
State Bar No. 24090833
Federal ID No. 2742834
pgalante@azalaw.com
Emily Merritt Adler
State Bar No. 24121009
Federal ID No. 3710388
eadler@azalaw.com
Ab Henry
State Bar No. 24131987
Federal ID No. 3811478
ahenry@azalaw.com
Michael Gorrell
State Bar No. 24131345
Federal ID No. 3803195
mgorrell@azalaw.com
1221 McKinney, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Fax: (713) 655-0062

HAYNES AND BOONE, LLP

*/s/ Mark Trachtenberg*
Mark Trachtenberg
State Bar No. 24008169
Federal ID No. 24584
*Mark.Trachtenberg@haynesboone.com*
Garrett Martin
State Bar No. 24092765
Federal ID No. 3060533
*Garrett.Martin@haynesboone.com*
Ryan Philip Pitts
State Bar No. 24105941
Federal ID No. 3363232
*Ryan.Pitts@haynesboone com*
1221 McKinney, Suite 4000
Houston, Texas 77010-2007
Telephone: (713) 547-2000
Telecopier: (713) 547-2600

**COUNSEL FOR MARATHON OIL COMPANY**